USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD GILROY-SOLANO,

                Petitioner,

    v.

WELLS FARGO CLEARING SERVICES, LLC, *doing business as* WELLS FARGO ADVISORS, LLC,

                Respondent.

No. 20-CV-4549 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. Petitioner has filed a petition to partially vacate an arbitration award. Petitioner has not yet docketed an affidavit of service.

    It is hereby:

    ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition for vacating the arbitration award by July 10, 2020. Respondent's opposition is due on July 31, 2020. Petitioners' reply, if any, is due on August 7, 2020.

    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

    SO ORDERED.

Dated:    June 22, 2020
              New York, New York

                                        Ronnie Abrams
                                        United States District Judge