```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD GILROY-SOLANO,

                Petitioner,

      v.

WELLS FARGO CLEARING SERVICES, LLC, *doing business as* WELLS FARGO ADVISORS, LLC,

                Respondent.

No. 20-CV-4549 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On June 22, 2020, the Court issued an Order directing Petitioner to file and serve any additional materials with which he intends to support his petition for vacating the arbitration award by July 10, 2020. Dkt. 7. The Order provided that Respondent's opposition was due on July 31, 2020 and Petitioners' reply, if any, was due on August 7, 2020. *Id*. The Order directed Petitioner to serve a copy thereof on Respondent. *Id*. On August 14, 2020, Petitioner filed an executed waiver of the service of the summons in this action, Dkt. 9, but he has not filed proof of service of the Court's June 22, 2020 Order. Plaintiff shall file proof of service of the Court's June 22, 2020 Order, in addition to this Order, no later than August 28, 2020. Respondent's deadline to oppose the petition is hereby extended to September 18, 2020, and Petitioners' deadline to reply in support of the Petition is hereby extended to September 25, 2020.

SO ORDERED.

Dated:    August 21, 2020
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge