UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/23/2020

LEONARD GILROY-SOLANO,

                Petitioner,

       v.

WELLS FARGO CLEARING SERVICES,
LLC, *doing business as* WELLS FARGO
ADVISORS, LLC,

            Respondent.

No. 20-CV-4549 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On June 22, 2020, the Court issued an Order directing Petitioner to file and serve any additional materials with which he intends to support his petition for vacating the arbitration award by July 10, 2020. Dkt. 7. The Order provided that Respondent's opposition was due on July 31, 2020 and Petitioners' reply, if any, was due on August 7, 2020. *Id.* The Order directed Petitioner to serve a copy thereof on Respondent. *Id.* On August 14, 2020, Petitioner filed an executed waiver of the service of the summons in this action, Dkt. 9, but he did not file a proof of service of the Court's June 22, 2020 Order. On August 21, 2020, the Court Ordered Plaintiff to file proof of service of the Court's June 22, 2020 and August 21, 2020 Orders no later than August 28, 2020. Dkt. 10. The Order also extended Respondent's deadline to oppose the petition is to September 18, 2020, and Petitioners' deadline to reply in support of the Petition to September 25, 2020.

To date, Petitioner has still not filed proof of service of the Court's June 22, 2020 or August 21, 2020 Orders. He shall do so, as well as file proof of service of this Order, no later than September 30, 2020. **Failure to do so may result in dismissal of this action for failure to**

**prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

Respondent's deadline to oppose the petition is hereby extended to October 21, 2020, and

Petitioners' deadline to reply in support of the Petition is hereby extended to October 28, 2020.

SO ORDERED.

Dated:     September 23, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge

2